UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20800-Civ-COOKE/TURNOFF

ELITE FLORAL AND PRODUCE, LLC,
*et al.*,

    Plaintiffs

vs.

EXOTIC BLOOMS CORPORATION,
*et al.*,

    Defendants.

_____/

**TEMPORARY RESTRAINING ORDER**

    THIS CASE is before me on Counter-Plaintiff Exotic Blooms Corporation's Emergency Motion for Entry of Temporary Restraining Order. (ECF No. 36). I held a hearing on this motion on April 20, 2012, which all parties attended. This case raises complex contractual issues that I cannot resolve at this stage of proceedings on the record before me. The purpose of this Order is to provide a roadmap for the parties to proceed with their respective businesses up until the Mother's Day holiday.

    Having considered the arguments, the record, and the relevant legal authorities, and being duly advised in the premises, it is **ORDERED and ADJUDGED** that, for the reasons provided in open Court, the Motion is **GRANTED in part**, as follows:

    1.    Counter-Defendant Elite Floral and Produce, LLC ("Elite Floral") may continue to do business directly with the following suppliers up until May 21, 2012: Flores El Pozo, Rancho Santo Tomas, Floranet/Buena Vista Floral, Flores Jemada, Jetty Flowers, Jacaranda, C.I. Green Blossom S.A., C.I. Greenex S.A., and C.I. Terraflor S.A.

    2.    Elite Floral may continue to do business through a broker with the following suppliers up until May 21, 2012: Flores Latitud Cero and Sande Callas.

      3.      Elite Floral shall not do any business directly with any other suppliers listed in the confidential list of Exotic Blooms' suppliers, provided to the Court on April 20, 2012, up until May 21, 2012.  Elite Floral shall make a good faith effort not to do business with any broker who does business with any other suppliers listed in the confidential list of Exotic Blooms' suppliers up until May 21, 2012.

      4.      This Court shall set a hearing in this matter on May 21, 2012.

**DONE and ORDERED** in chambers at Miami, Florida, this 20th day of April 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*